IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ORLANDO BETHEL, GLYNIS BETHEL
and next friend of Zoe Bethel, Kezia Bethel
and Zion Bethel                                                                                    **Plaintiffs**



*versus*                                        CIVIL ACTION NO. 3:06-CV-395 HTW-LRA

THE CITY OF JACKSON, MISSISSIPPI,
ET AL.                                                                                             **Defendants**

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   Hinds County Jail, Jackson, Mississippi

You are hereby commanded to produce the body of Glynis Bethel in order that she might appear at a hearing in this matter before Chief Judge Henry T. Wingate, United States District Judge, United States District Court for the Southern District of Mississippi, in the James O. Eastland United States Courthouse, 245 East Capitol Street, Jackson, Mississippi, in Courtroom Number 3 on Wednesday, December 20, 2006, at 10:00 o'clock a.m. This writ shall remain in full force and effect until the matter herein is finally concluded.

SO ORDERED, this the _19th_ day of December, 2006.

CHIEF UNITED STATES DISTRICT JUDGE